LaDANE WILLIAMSON v. LAURA M. BULLINGTON, INDIVIDUALLY AND AS EXECUTRIX OF
THE ESTATE OF WILLIAM T. BULLINGTON, JR., DECEASED

No. 432A00

(Filed 6 April 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 139 N.C. App. 571, 534 S.E.2d 254 (2000), vacating summary judgment entered 4 March 1999 by Gore, J., in Superior Court, Brunswick County, and remanding with instructions to the trial court to allow plaintiff the opportunity to amend her pleadings. Heard in the Supreme Court 14 February 2001.

*Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P., by William P.H. Cary and Jessica M. Marlies, for plaintiff-appellant.*

*Rountree & Seagle, L.L.P., by George Rountree, III, and Charles S. Baldwin, IV; and Frink, Foy & Yount, P.A., by Henry G. Foy, for defendant-appellee.*

PER CURIAM.

Justice EDMUNDS did not participate in the consideration or decision of this case. The remaining members of this Court were equally divided, with three members voting to affirm the decision of the Court of Appeals and three members voting to reverse. Therefore, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See Reese v. Barbee*, 350 N.C. 60, 510 S.E.2d 374 (1999); *Nesbit v. Howard*, 333 N.C. 782, 429 S.E.2d 730 (1993).

AFFIRMED.